## Herbert F. Brandenberg, Defendant in Error, v. Peter Klehr, Plaintiff in Error.

### Gen. No. 21,486.   (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. JOHN C. WORK, Judge, presiding. Heard in this court at the October term, 1915. Affirmed. Opinion filed January 17, 1916.

### Statement of the Case.

Action by Herbert F. Brandenberg, plaintiff, against Peter Klehr, defendant, in the Municipal Court of Chicago, to recover for personal injuries sustained by plaintiff in a collision between plaintiff's motorcycle and defendant's automobile. The case was tried by the court without a jury. To reverse a judgment for plaintiff for four hundred and fifty dollars, defendant prosecutes this writ of error.

WALTER A. BRENDECKE, for plaintiff in error.

SCHNAEKENBERG & RUBINKAM, for defendant in error.

MR. PRESIDING JUSTICE McSURELY delivered the opinion of the court.

### Abstract of the Decision.

1. AUTOMOBILES AND GARAGES, § 3*—*when evidence sufficient to sustain finding of lack of contributory negligence.* In an action to recover for personal injuries sustained by plaintiff in a collision between his motorcycle and defendant's automobile, evidence examined and *held* to warrant a finding that plaintiff was not guilty of negligence contributing to his injury, it appearing that at the time of the accident plaintiff was riding on the right side of the road.

2. AUTOMOBILES AND GARAGES, § 3*—*when evidence sufficient to sustain finding of negligence in operation of automobile.* In an action to recover for personal injuries sustained in a collision be-

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

tween plaintiff's motorcycle and defendant's automobile, evidence examined and *held* sufficient to warrant a finding that defendant was guilty of negligence, it appearing that while plaintiff was riding on his right-hand side of the road, defendant improperly crossed from his right-hand side to his left, causing the collision.

## Chicago Specialty Shoe Company for use of Stein & Rosenthal, Defendant in Error, v. Walter Uhwat, Plaintiff in error.

### Gen. No. 21,536.

FRAUDULENT CONVEYANCES, § 15*—*when creditor of vendor of goods in bulk cannot recover personal judgment against vendee.* The creditor of a vendor of goods in bulk cannot recover a personal judgment against the vendee because of the mere failure of such vendee to comply with the Bulk Sales Act, providing that such sale shall be void as against the creditors of such vendor unless the vendee gives certain notice to such creditors.

Error to the Municipal Court of Chicago; the Hon. JOHN R. NEWCOMER, Judge, presiding. Heard in this court at the October term, 1915. Reversed and judgment here. Opinion filed January 17, 1916.

J. J. MOSER, for plaintiff in error.

No appearance for defendant in error.

MR. PRESIDING JUSTICE McSURELY delivered the opinion of the court.

By this writ of error defendant seeks to have reversed a judgment rendered against him in the Municipal Court for $11.41.

Plaintiff in its statement of claim alleges that on December 7, 1914, one F. Wanotowicz owed plaintiff $11.41 for merchandise sold to him; that on January

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.